938

No. 725. CALHOUN ET AL. *v.* UNITED STATES. C. A 5th Cir. Certiorari denied. *William H. Fryer* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 756. ESTATE OF MACMANUS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *John J. Sloan* and *Harold Goodman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Morton K. Rothschild* and *Joseph W. Bishop, Jr.* for respondent.

No. 757. GREAT NORTHERN RAILWAY CO. ET AL. *v.* LEHMAN ET AL. Supreme Court of Minnesota. Certiorari denied. *Edwin C. Matthias, Anthony Kane, James L. Hetland* and *A. Rea Williams* for petitioners. *Bert McMullen* for respondents.

No. 758. SGAMBATI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States.

No. 759. ROTH, DOING BUSINESS AS PSYCHIC RESEARCH PRESS, *v.* GOLDMAN, POSTMASTER. C. A. 2d Cir. Certiorari denied. *Petitioner pro se. Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, John R. Benney* and *Joseph Kovner* for respondent.

No. 772. NOLAND, TRUSTEE, *v.* WESTOVER, COLLECTOR, UNITED STATES TREASURY DEPARTMENT, ET AL. C. A. 9th